## Commonwealth *v.* Burke, Appellant.

Argued September 19, 1973. *A. A. Guarino,* for appellant; *John Isom,* Assistant District Attorney, with him *James T. Ranney* and *Milton M. Stein,* Assistant District Attorneys, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

SPAULDING, J., absent.

## Commonwealth *v.* Burton, Appellant.

Submitted March 19, 1973. *R. Barclay Surrick,* Assistant Public Defender, for appellant; *Anna I. Vadino,* Assistant District Attorney, *William R. Toal, Jr.,* First Assistant District Attorney, and *Stephen J. McEwen, Jr.,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.